IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHALAFALA KHALAFALA,

    Plaintiff,     No. CIV S-07-736 WBS KJM P

    vs.

UNKNOWN, et al.,

    Defendants.     FINDINGS & RECOMMENDATIONS

_____/

    Plaintiff is a state prison inmate proceeding pro se with a civil rights action. Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1). This court must determine whether the action is frivolous.

    The in forma pauperis statute permits federal district courts to

> authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal . . . without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor. Such affidavit shall state the nature of the action . . . and affiant's belief that the person is entitled to redress.

28 U.S.C. § 1915(a)(1). A court may deny leave to proceed in forma pauperis if it appears from

1

1 the face of the proposed complaint that the action is frivolous.  <u>Minetti v. Port of Seattle</u>, 152

2 F.3d 1113 (9th Cir. 1998).  In determining whether an action is frivolous, the court may "pierce

3 the veil of the complaint's factual allegations and dismiss those claims whose factual contentions

4 are clearly baseless."  <u>Neitzke v. Williams</u>, 490 U.S. 319, 327 (1989).

5          Plaintiff has named as defendants Michael Chertoff, Secretary of Homeland

6 Security, and unknown agents of ICE and alleges that the immigration detainer lodged against

7 him is incorrect in significant ways as a result of a conspiracy to deprive him of his refugee

8 status and to deport him.  This court has no jurisdiction over this action, which appears to

9 challenge the determination to commence immigration proceedings against plaintiff.  8 U.S.C. §

10 1252(g).

11          IT IS HEREBY RECOMMENDED that this action be dismissed as frivolous.

12          These findings and recommendations are submitted to the United States District

13 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

14 days after being served with these findings and recommendations, plaintiff may file written

15 objections with the court.  The document should be captioned "Objections to Magistrate Judge's

16 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

17 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

18 F.2d 1153 (9th Cir. 1991).

19 DATED:   October 26, 2007.

20 _____
U.S. MAGISTRATE JUDGE

21

22

23 2
khal0736.56

24

25

26