IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHALAFALA KHALAFALA,

      Plaintiff,                  No. CIV S-07-0736 WBS KJM P

  vs.

UNKNOWN, et al.,

      Defendants.      <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On October 26, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1                1.  The findings and recommendations filed October 26, 2007, are adopted in full;
2  and
3                2.  This action is dismissed.
4  DATED:  January 24, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

khal0736.800

2